IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| v. : | |
| : | NO. 17-553 |
| HERMAN ROSARIO a.k.a. "German Rosario," : | |
| YATSKA MELENDEZ : | |

**ORDER**

**AND NOW**, this 13th day of February, 2018, upon consideration of Defendants' Motions to Suppress Physical Evidence seized at 1611 South 28th Street (ECF Nos. 33, 34, 47) and all documents submitted in support thereof and in opposition thereto, and after a hearing, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.